# Exhibit G



Your Domain Starting Place...

# WHOIS LOOKUP

 **hi-con.kr is already registered***

query : hi-con.kr

# KOREAN(UTF8)

??????????????? : hi-con.kr
????????? : ??????????????????????
????????? ?????? : ?????? ????????? ????????? ???????????? 190-1 SKn??????????????? ????????? 1002
????????? ???????????? : 462120
????????? : ??????????????????????
????????? ???????????? : cskim@hi-con.kr
????????? ???????????? : 031-776-2661
????????? : 2008. 04. 03.
?????? ?????? ????????? : 2010. 12. 09.
?????? ????????? : 2021. 04. 03.
??????????????????? : Y
??????????????? : (???)?????????(http://www.gabia.co.kr)
DNSSEC : ?????????

1??? ???????????? ??????
??????????????? : ns.gabia.co.kr
IP ?????? : 211.234.118.50

2??? ???????????? ??????
??????????????? : ns1.gabia.co.kr
IP ?????? : 121.78.117.39
??????????????? : ns.gabia.net
??????????????? : ns1.gabia.net

???????????? ????????? .kr??? ?????? ????????? IP????????? ????????? ????????????.

# ENGLISH

Domain Name : hi-con.kr
Registrant : HiCON Ltd
Registrant Address : Sangdaewon-dong, Jungwon-gu, Seongnam-si, Gyeonggi-do,
Registrant Zip Code : 462120
Administrative Contact(AC) : HiCON Ltd
AC E-Mail : cskim@hi-con.kr
AC Phone Number : 031-776-2661
Registered Date : 2008. 04. 03.
Last Updated Date : 2010. 12. 09.
Expiration Date : 2021. 04. 03.
Publishes : Y
Authorized Agency : Gabia, Inc.(http://www.gabia.co.kr)
DNSSEC : unsigned

Primary Name Server
Host Name : ns.gabia.co.kr
IP Address : 211.234.118.50

Secondary Name Server
Host Name : ns1.gabia.co.kr
IP Address : 121.78.117.39
Host Name : ns.gabia.net
Host Name : ns1.gabia.net

- KISA/KRNIC WHOIS Service -

## Popular

| | | |
|---|---|---|
| ☐ | hi-con.cc | $29.99 |
| ☐ | hi-con.net | $13.60 |

🛒 **BUY SELECTED**

## Media and Music

| | | |
|---|---|---|
| ☐ | hi-con.graphics | $19.99 |
| ☐ | hi-con.hiphop | $19.99 |
| ☐ | hi-con.pics | $19.99 |
| ☐ | hi-con.guitars | $29.99 |
| ☐ | hi-con.photo | $29.99 |

🛒 **BUY SELECTED**

## Services

| | | |
|---|---|---|
| ☐ | hi-con.events | $29.99 |
| ☐ | hi-con.limo | $37.99 |
| ☐ | hi-con.delivery | $54.99 |
| ☐ | hi-con.equipment | $19.99 |
| ☐ | hi-con.cleaning | $49.99 |
| ☐ | hi-con.flowers | $29.99 |

🛒 **BUY SELECTED**

## Health and Fitness

| | | |
|---|---|---|
| ☐ | hi-con.fitness | $26.99 |
| ☐ | hi-con.dental | $39.99 |
| ☐ | hi-con.diet | $19.99 |

🛒 **BUY SELECTED**

## Filters

- ☑ Popular
- ☐ Arts and Culture
- ☑ Audio and Video
- ☐ Businesses
- ☐ Colors
- ☐ Computers and Internet
- ☐ Descriptive
- ☐ Educational and Academic
- ☐ Financial and Banking
- ☐ Food and Drink
- ☐ Fun and Unique
- ☐ Geographic
- ☑ Health and Fitness
- ☐ Lifestyles and Relationships
- ☐ Marketing and Sales
- ☑ Media and Music
- ☐ Organizations
- ☐ Personal
- ☐ Products
- ☑ Professional
- ☐ Real Estate
- ☑ Services
- ☐ Shopping
- ☐ Sports and Hobbies
- ☐ Trades and Construction
- ☐ Travel and Tourism





      COPYRIGHT © 1999-2018     SITEMAP | PRIVACY POLICY | TERMS AND CONDITIONS

* NTT America endeavors to make the domain name availability search process reliable; however, NTT America does not guarantee availability of domain names or the accuracy or security of the WHOIS system. There are several factors that could cause a WHOIS.NET query to incorrectly display that a currently registered domain is available. Regardless, if a domain name is already registered, WHOIS.NET will not be able to register the domain or gain possession of the registration from the current registrar without the permission of the current owner. The registration process is not complete until the domain name requested by you has been registered in your name with the appropriate registry. Because there are delays in the actual registration of a domain name with the appropriate registry, NTT America is not responsible if domain names requested by you are actually registered to third parties. Registration of the domain name through NTT America is not complete until you receive the final confirmation e-mail from NTT America. All registrations through NTT America are subject to NTT America's Global Terms and Conditions.